Mariah C. Drysdale, J. C. Greeley, Florida Finance Company, a corporation under the laws of the State of Florida, Land Mortgage Bank of Florida, Limited, a corporation under the laws of the Kingdom of England, and William E. Tetley, Appellants, vs. C. C. Robertson, as executor of the last will and testament of Abram Livezey, deceased, Appellee.

Appeal from Circuit Court, Duval county, Rhydon M. Call, Judge.

W. B. Owen, John T. Walker and J. B. Whitfield, for Appellants.

W. B. Young, for Appellee.

The bill in this cause was filed by Abram Livezey against the appellants. Pending proceedings in the Circuit Court Abram Livezey died, and C. C. Robertson, as executor of the last will and testament of Abram Livezey, was made party complainant. There was decree for the complainant, and the defendants appeal.

. Appeal dismissed on praecipe of counsel for appellants and consent of counsel for appellee.